UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -v.-                        :
                                    :         ORDER
ANDRES ALMONTE,                     :
    a/k/a "Frankie,"                :         07 Cr. 619
YOKE MING POH,                      :
    a/k/a "Goa Loa,"                :
WAY NG,                             :
    a/k/a "Shorty,"                 :
KHOO CHEE HOENG,                    :
    a/k/a "Poon Chi Hung,"          :
DA HE CAO, and                      :
CHAI HONG LAW,                      :
    a/k/a "Fu Zai,"                 :
                                    :
            Defendants.             :
                                    :
------------------------------------x

    Upon the application of the United States of America, by and through Assistant United States Attorney Brendan R. McGuire, it is hereby

    ORDERED that Indictment 07 Cr. 619, which has heretofore been sealed, is hereby unsealed.

Dated:  New York, New York
        July 11, 2007

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

JUL 11 2007