# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

**MEMO ENDORSED**

RECEIVED JUL 17 2007

RICHARD M. BERMAN

Harry H. Rimm
(212) 278-1553
hrimm@andersonkill.com

**VIA HAND DELIVERY**

July 17, 2007

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  United States v. Andres Almonte:

Dear Judge Berman:

> Application for adjournment is respectfully denied. Everyone is expected to be present!!! (Get serious.)
>
> SO ORDERED:
> Richard M. Berman
> 7/18/07  Richard M. Berman, U.S.D.J.

I am CJA counsel for Andres Almonte in the above captioned matter.

An initial status conference is scheduled before Your Honor for Thursday, July 19, 2007 at 9:30 a.m. I will be out of town on Thursday, and I have been advised that Mr. Paul, counsel for another defendant, will be away as well.

I have spoken with the Court's deputy clerk and have attempted to ascertain the availability of the parties for a conference tomorrow. Unfortunately, of the seven attorneys involved in this case, only five are available tomorrow morning; one is only available tomorrow afternoon, and one has not responded to voicemails.

For these reasons, I ask that Thursday's conference be rescheduled to a date next week when the Court is available.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 18, 2007

Respectfully submitted,

Harry H. Rimm /KO

Harry H. Rimm

cc:  Steven Frankel, Esq.        (Via Facsimile – (212) 732-8460)
     Brendan McGuire, Esq.       (Via Facsimile - (212) 637-2387)
     Russell Neufeld, Esq.       (Via Facsimile – (212) 965-9084)
     Ken Paul, Esq.              (Via Facsimile - (212) 697-4090)
     Anthony Ricco, Esq.         (Via Facsimile - (212) 964-2426)
     Henry J. Steinglass, Esq.   (Via Facsimile - (212) 406-7702)

NYDOCS1-867052.2

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.