**MEMO ENDORSED**

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Harry H. Rimm
(212) 278-1558
hrimm@andersonkill.com



*Conference scheduled for 12/18/07 at 9:00am.*

SO ORDERED:
Date: 12-17-07
Richard M. Berman, U.S.D.J.

**VIA HAND DELIVERY**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

   Re:   <u>United States v. Andres Almonte: 07-CR-619 (RMB)</u>

Dear Judge Berman:

   I am CJA counsel for Andres Almonte in the above case.  I respectfully request that Your Honor relieve me as attorney of record for Mr. Almonte.

   On July 11, 2007, I was appointed counsel for Mr. Almonte.  Most recently, Mr. Almonte and I, along with other defendants and their counsel, appeared before Your Honor on November 7, 2007; the parties continue to review discovery, and a status conference is now scheduled for December 19, 2007 at 11:00 a.m.

   Mr. Almonte insists upon taking action with which I have a fundamental disagreement.  My withdrawal can be accomplished at this juncture without any adverse effect, material or otherwise, on Mr. Almonte's interests.  I have spoken with Mr. Almonte about this application, and he does not consent to it.

   We are happy to appear before Your Honor to address my request.  I respectfully request a conference during the afternoon on Monday, December 17, or at any time on Tuesday, December 18.  I would appreciate it if the Court could address this issue before the December 19 conference because I have a conflict on December 19, and, as of today, my colleague is scheduled to cover for me.

Respectfully submitted,

Harry H. Rimm

cc: Brendan R. McGuire, Esq. (Via Hand Delivery)



New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.