UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,                  07 CR. 619 (RMB)

       -against-                                  **ORDER**

ANDRES ALMONTE,
                    Defendant(s).
-------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Effective December 18, 2007, C.J.A. attorney Joel Stein is appointed as counsel for the Defendant.

Dated: New York, New York
       December 18, 2007

                                                                  _____
                                                               Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2007