```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

**JOEL M. STEIN, ESQ.**
ATTORNEY AT LAW
3 NEW YORK PLAZA
10TH FLOOR
NEW YORK, NEW YORK 10004

(212) 344-8008
FAX: (212) 344-8560

January 24, 2008

Judge Richard M. Berman
United States Courthouse
500 Pearl St.
New York, NY 10007

BY HAND

Re: USA v. Almonte, et al.
07 CR 619 (RMB)

**MEMO ENDORSED**

Dear Judge Berman:

I am writing this letter to request an adjournment of the trial of this mattter which has been tentatively scheduled to begin on February 25, 2008.

As you may recall, I was assigned to this matter as new CJA counsel on December 18, 2007. Substantial discovery materials were subsequently provided to me and I have been reviewing them. In addition, the defendant has been engaged in plea discussions with the government. Additional time is needed to review the discovery and to continue plea discussions with the government.

Accordingly, at the status conference scheduled on February 4, 2008, the defendant will be requesting an adjournment of the tentative trial date. AUSA Brendan McGuire has informed me that the government has no objection to this request.

cc: AUSA Brendan McGuire
    (by fax)

Very truly yours,

Joel M. Stein, Esq.
Counsel to defendant
Andre Almonte

---

*[Handwritten endorsement:]* Let's discuss schedule on 2/4/08 @ 9:30

SO ORDERED:
Date: 1/25/08
Richard M. Berman, U.S.D.J.