ROSENBLATT, FRASCIELLO & KNIPPING-DIAZ, LLC

*Attorneys and Counselors at Law*
4791 Broadway
New York, N.Y. 10034
Tel: (212) 544-8892
Fax: (212) 544-8173

APR 11 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-08

LAWRENCE ROSENBLATT*
GIULIO S. FRASCIELLO
FRANCISCO KNIPPING-DIAZ

* MEMBER N.Y., N.J. BAR

April 11, 2008

Honorable Richard M Berman
500 Pearl St
New York, NY 10007-1316

Re:   Andres Almonte
      2916 Humphrey Street Apt. 2R
      Flushing, NY 11369
      07-CR-619 (RMB)

APPLICATION GRANTED.

SO ORDERED:
Date: 4/11/08    Richard M. Berman
                                 S.D.J.

Honorable Judge Berman:

Please be advised that my client has a baptism for his god-daughter, Nixaliz Rodriguez on Saturday, April 12, 2008 at 1:00 p.m. and the affair to celebrate the event on Saturday, April 19th 2008 (see attached).

We have advised Mr. McGuire and Mr. Levine of the United States Attorney's Office who have no objection to Mr. Almonte attendance at both of these events.

Kindly advise the undersigned upon receipt of this letter if Mr. Almonte may attend the two events. Thank you for your attention and cooperation in this matter.

Very Truly Yours,

FRANCISCO A. KNIPPING-DIAZ