

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2008

**By Hand**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street - Room 650
New York, NY 10007

    Re:    *United States v. ANDRES ALMONTE*
              07 Cr. 619 (RMB)

Dear Judge Berman:

       A pre-trial conference is scheduled in the above-captioned case for June 16, 2008. Since the last conference, the parties have been actively engaged in discussions toward a disposition of the case. Accordingly, the Government respectfully requests that the scheduled conference be adjourned for approximately 30 days to permit the parties to continue their discussions. The Government further requests that time be excluded from June 16, 2008, until the date of the next conference under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the parties to continue their discussions. I have spoken to defense counsel, Fransisco Knipping-Diaz, and he consents to these requests.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Brendan R. McGuire
Assistant United States Attorney
212.637.2220

cc: Fransisco Knipping-Diaz, Esq. (By fax)

*Handwritten endorsement:*
Conference is adjourned to 7-16-08 at 11:00 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

**SO ORDERED:**
Date: 6-9-08
/s/ Richard M. Berman
**Richard M. Berman, U.S.D.J.**