UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 cr 619

U.S.A. vs. Andres Almonte                                   Docket No. 2007-CR-619-1 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/08

## Petition for Action on Conditions of Pretrial Release

~~COMES NOW~~ Gianfranco Furelli, PRETRIAL SERVICES OFFICER, presenting an official report ~~upon the conduct of~~ defendant Andres Almonte, who was arrested and charged with narcotics conspiracy ~~and placed under pretrial~~ release supervision by Magistrate Judge Theodore H. Katz, sitting in the Court at SDNY on 07/11/2007, under the following conditions: $250,000 PRB secured by equity in the father's home ($95,000) and cosigned by 3 financially responsible persons; strict PSA supervision with drug testing and treatment; home detention enforced by electronic monitoring; surrender travel documents and no new applications apply for new ones; and travel limits to EDNY/SDNY and D/CT. Subsequently, on 7/12/2007, he satisfied all of his bond conditions and was released on Pretrial Services supervision. The case is still pending and the next Pretrial conference is set for 7/16/2008.

**Respectfully presenting petition for action of Court and for cause as follows:**

Since the defendant has been on electronic monitoring supervision he has been compliant and has not posed any problems. The defendant reports bi-weekly in person and weekly by telephone and continues to yield negative urinalyses for all drugs tested. Additionally, the defendant has secured verifiable employment at Walgreens in Elmhurst, NY, as a stock clerk/shift manager. Recent DCJS and NCIC record checks revealed no new arrests. Pretrial Services has consulted with AUSA Brendan Robert McGuire and defense counsel, Francisco A. Knipping-Diaz regarding removal of the condition of home detention enforced by electronic monitoring and neither party has any objections to our request. Given the aforementioned, we respectfully request that the Court modify the defendant's bail by removing the condition of home detention enforced by electronic monitoring. All other conditions should remain the same.

**PRAYING THAT THE COURT WILL ORDER THE CONDITION OF HOME DETENTION ENFORCED BY ELECTRONIC MONITORING BE REMOVED.**

ORDER OF COURT. *The parties can schedule a conference with the Court to discuss the proposed modification.*

~~Considered and ordered this ___ day of ___, 2008 and ordered filed and made a part of the records in the above case.~~

/s/ Richard M. Berman
U.S. District Court Judge, Richard M. Berman

JUN 17 2008

I declare under penalty that the foregoing is true and correct.

Respectfully,

/s/ Gianfranco Furelli
Gianfranco Furelli
U.S. Pretrial Services Officer
Electronic Monitoring Specialist

Reviewed by,

/s/ Regina M. Joyner
Regina M. Joyner, Supervising
U.S. Pretrial Services Officer

Date: June 17, 2008